153 A.3d 940

IN THE MATTER OF JAE HOON PARK, AN ATTORNEY AT LAW (ATTORNEY NO. 053121996)

February 24, 2017

## ORDER

This matter having been duly presented, it is ORDERED that **JAE HOON PARK** of **EDISON**, who was admitted to the bar of

this State in 1997, and who was suspended from the practice of law for a period of three months, effective August 22, 2016, by Order of this Court filed July 22, 2016, be restored to the practice of law, effective immediately; and it is further

ORDERED that **JAE HOON PARK** shall submit to the Office of Attorney Ethics quarterly reports documenting his continued psychological and substance abuse counseling on a schedule to be approved by the Office of Attorney Ethics, for a period of two years and until the further Order of the Court.